Todd R. Alexander, Esq., NSB #10846
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
tra@lge.net

*Attorneys for Defendants, Crumpler and Ace Demolition*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>JUAN M. SANCHEZ, an individual; ALLEN CRUMPLER, dba ACE DEMOLITION; and KATHI CRUMPLER,<br><br>Defendants. | Case No. 2:18-cv-01950-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiff Colony Insurance Company and Defendants Allen Crumpler and Kathi Crumpler (the "Crumplers") hereby agree and stipulate that the Crumplers shall have up to and including February 25, 2019 to respond to Plaintiff's Complaint. The reason for this extension is that this is an action for declaratory relief, pertaining to insurance coverage for an underlying lawsuit now pending in Nevada state court. Until very recently, the Crumplers were unaware that they would need to retain counsel other that the attorney who represents them in the underlying case. Accordingly, the Crumplers recently retained the law firm Lemons, Grundy & Eisenberg to appear on their behalf and protect their rights in this insurance coverage dispute.

/ / /

/ / /

/ / /

/ / /

1

The Crumpler's counsel filed a Notice of Appearance yesterday, on February 12, 2019, and is currently attempting to get fully up to speed regarding the underlying lawsuit and the Colony Insurance Policy that is the subject of this declaratory relief action.

Dated: February 13, 2019.

By:    */s/ Todd R. Alexander*
     Todd R. Alexander, Esq.
     *Attorneys for Defendants Crumpler*

By:    */s/ Kevin C. Barrett*
     Kevin C. Barret, Esq.
     *Attorney for Colony Ins. Co.*

IT IS SO ORDERED.

Dated: February 14, 2019.

_____
United States Magistrate Judge

LEMONS, GRUNDY
& EISENBERG
6005 PLUMAS ST.
SUITE 300
RENO, NV 89519
(775) 786-6868