UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>JUAN M. SANCHEZ, et al.,<br><br>Defendant(s). | Case No.: 2:18-cv-01950-JCM-NJK<br><br>**Order** |

Pending before the Court is a proposed discovery plan. Docket No. 31. The Court hereby **SETS** a hearing on that discovery plan for 1:00 p.m. on March 25, 2019, in Courtroom 3A. The Court will hear argument generally, but counsel shall be prepared in particular to discuss whether the better course is to stay this case pending resolution of the underlying state court action rather than trying to coordinate the schedules in two separate cases. *Cf. Evanston Ins. Co. v 70 Ltd. Partnership*, 2014 WL 6882415 (D. Nev. Dec. 5, 2014) (outlining standards).[1] Counsel shall conduct a further Rule 26(f) conference to discuss that issue by March 21, 2019. In the event a stipulation to stay is filed before March 25, 2019, the above hearing will be vacated automatically.

IT IS SO ORDERED.

Dated: March 14, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court is expressing no opinion herein on the deadlines proposed or the best course for proceeding.

1