Todd R. Alexander, Esq., NSB #10846
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
tra@lge.net

*Attorneys for Defendants, Crumpler and Ace Demolition*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a foreign insurance company,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN M. SANCHEZ, an individual; ALLEN CRUMPLER, dba ACE DEMOLITION; and KATHI CRUMPLER,<br><br>    Defendants. | Case No. 2:18-cv-01950-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE AN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Colony Insurance Company and Defendants Allen Crumpler, dba Ace Demolition; and Kathi Crumpler, (the "Crumplers"), hereby agree and stipulate that the Crumplers shall have up to and including Friday, September 27, 2019 to file a response to Plaintiff's Motion for Summary Judgment filed on August 26, 2019. The purpose of the

///
///
///
///
///
///
///
///
///

LEMONS, GRUNDY
& EISENBERG
6005 PLUMAS ST.
SUITE 300
RENO, NV 89519
(775) 786-6868

1

extension is because of the upcoming mediation on September 24, 2019 (in the underlying state court action) and in the hopes that this matter will settle at the mediation.

Dated: September 16, 2019.

By:   */s/ Kevin C. Barrett*
     Kevin C. Barrett, Esq.
     *Attorney for Plaintiff*

By:   */s/ Todd R. Alexander*
     Todd R. Alexander, Esq.
     *Attorneys for Crumplers*

**IT IS SO ORDERED**.

_____
United States District Judge

Dated: September 17, 2019.