UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLONY INSURANCE COMPANY, | Case No. 2:18-CV-1950 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| JUAN M. SANCHEZ, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Colony Ins. Co. v. Sanchez et al.*, case number 2:18-cv-01950-JCM-NJK.

Plaintiff Colony Insurance Company ("Colony") initiated this lawsuit against three defendants on October 10, 2018. (ECF No. 1). On March 5, 2019, defendant Juan Sanchez filed a motion for summary judgment. (ECF No. 28). On August 26, 2019, Colony filed a motion for summary judgment. (ECF No. 65). Sanchez then filed an amended motion for summary judgment on August 27, 2019. (ECF No. 68).

On October 2, 2019, the parties filed a notice of settlement stating that they "have reached a settlement of all claims in this action." (ECF No. 76). The parties further stated that they "are working to complete the written settlement agreement and will file the appropriate dismissal documents after the settlement agreement has been executed." *Id*. On January 6, 2020, the parties filed a joint status report indicating that "[a]ll parties have now confirmed their agreement with respect to the proposed provisions of the Settlement Agreement and the parties are in the process of finalizing the Agreement and circulating it for signatures." (ECF No. 78). The parties further indicated that they anticipated filing a stipulation and order for dismissal

within fourteen (14) days of the date of the status report. *Id*. To date, no stipulation and order for dismissal has been filed.

The court orders the parties to file a joint status report within fourteen (14) days of the date of this order indicating the status of the settlement agreement.

Accordingly,

IT IS SO ORDERED.

DATED February 19, 2020.

_____
UNITED STATES DISTRICT JUDGE